

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

LARRY E. WEHLEN

(Enter above the full name of the
plaintiff in this action.)

versus

Sheriff Harry Lee
Jefferson Parish Correction Center
Medical Dept.

(Enter above the full name of the
defendant or defendants in this
action.)

**CIVIL ACTION**

NO. 02-2587

SECTION
SECT. J MAG. 2

## COMPLAINT

I.    Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (X)

Fee _Pauper_
_____ Process
X Dktd
_____ CtRmDep
_____ Doc. No.

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.   Parties to the previous lawsuit

      Plaintiffs  _____

      _____

      Defendants  _____

      _____

   2.   Court (If federal court, name of the district court; if state court, name the parish.)
      *Eastern District of Louisiana Federal Court*

   3.   Docket Number _____

   4.   Name of judge to whom case was assigned _____

      _____

   5.   Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
      *Still pending*

   6.   Approximate date of filing lawsuit *8-3-02*

   7.   Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II. Place of Present Confinement: *Jefferson Parish Correctional Center*

A. Is there a prisoner grievance procedure in this institution?
Yes (X)  No ( )

B.   Did you present the facts relating to this complaint in the prisoner grievance procedure?  Yes (✗)  No ( )

C.   If your answer is YES,

    1.   Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

    2.   As to each grievance complaint provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?

       YES

D.   If your answer is NO, explain why you have not done so: _____

## III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff _LARRY E. WEHLEN_

    Address _P.O. Box 388     GRETNA, LA 70053_

    Date of Birth _7-10-56_

    Prisoner Number _447730200_

    Date of Arrest _7-24-02_

    Date of Conviction _on Conviction AS OF yet. 8-16-02_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B.   Defendant _Sheriff Harry Lee_ is employed as _Sheriff J.P._ at _Jefferson Parish_

C.   Additional Defendants _Jefferson Parish Correctional Center Medical Dept. Doctors_

3

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Forced to go (7) days without daily medicines that I've taken for approx. (10) years. They took me off some meds And gave to high of dose on others. This caused daily bleeding And severe cramps And will not give pain meds I normaly take. They order A high fiber diet which didn't come for 2½ weeks This caused a serious relapses in my colon.

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

The damage is Already done And I've suffered cruel And unusual punishment. The violated my civil rights. I seek relief in the Amount of $500,000⁰⁰. For suffering.

4

## VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 16th day of _August_ , 2002 .

_(Signature of Plaintiff)_

LARRY WELTON

9/97

5

AO 240 (1 94)

# United States District Court

EASTERN ———— DISTRICT OF ———— LOUISIANA

Plaintiff

V.

Defendant

I _Larry Wehlen_

☑ petitioner/plaintiff/movant        ☐ other

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

**02-2587**

CASE NUMBER:

**SECT. J MAG. 2**

declare that I am the (check appropriate box)

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  ☑ Yes  ☐ No  (If "No" go to Part 2)  _Center_

   If "Yes" state the place of your incarceration _Jefferson Parish Correctional_

   Are you employed at the institution? _NO_   Do you receive any payment from the institution? _NO_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☐ Yes   ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _Sub-Contractor/ Last pay 9-1-01/ Last take-home Salary $15,000.00_

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends              ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
   d. Disability or workers compensation payments       ☐ Yes   ☑ No
   e. Gifts or inheritances                            ☐ Yes   ☑ No
   f. Any other sources                                ☑ Yes   ☐ No  _Food stamps $134.00_

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and

AO 240 (1 94)

# United States District Court

EASTERN ——— DISTRICT OF ——— LOUISIANA

LARRY WEHLEN
                Plaintiff

v.
Sheriff Harry Lee
J.P.C.C. Medical Dept.
                Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

## 02-2587

CASE NUMBER:

## SECT. J MAG. 2

I, LARRY WHELEN                              declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?:        ☑ Yes        ☐ No        (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  JEFFERSON PARiSh Correctional Center

    Are you employed at the institution? NO    Do you receive any payment from the institution? NO

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?        ☐ Yes        ☑ No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    Last pay period 9-1-01 $1200.00 month.

3.  In the past 12 twelve months have your received any money from any of the following sources?

    a.  Business, profession or other self-employment        ☐ Yes    ☑ No
    b.  Rent payments, interest or dividends                  ☐ Yes    ☑ No
    c.  Pensions, annuities or life insurance payments        ☐ Yes    ☑ No
    d.  Disability or workers compensation payments           ☐ Yes    ☑ No
    e.  Gifts or inheritances                                 ☐ Yes    ☑ No
    f.  Any other sources                                     ☑ Yes    ☐ No   $154.00 Food Stamps

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4   Do you have any cash or checking or savings accounts?    ☐ Yes    ☑ No

If "Yes" state the total amount. _____

5   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☑ No

If "Yes" describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_8-14-02_        _Larry Welker_    _44730200_
DATE                          SIGNATURE OF APPLICANT

- - - - - - - - - - - - -
## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that this inmate, _LArrY WhELEN 44730200_, has a present
(print name)

inmate account balance of $_6.80_ at the _JPCC_ institution. I further certify that

the average monthly deposits for the preceding ~~six~~ *one* months is $_10.00_

(*The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six*).

I further certify that the average monthly balance for the prior ~~six~~ *one* months is $_0_.

(*The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six*).

_8/15/02_                    _Martha K Melancon_
Date Certified                      Authorized Officer of Institution

7/96

8-3-02

— 1983 Relief Form —

Magistrate Judge Louis Moore Jr.

RECEIVED

AUG 6 2002

Division 6

Larry Weltien
V.
Sheriff Harry Lee
and
J.P.C.C. medical Dept.

Relief: $500,000.00

I have written a grievance to Administration concerning the handling of my medical problems by J.P.C.C. medical Dept.

I have had ulcerative colotis now for 11 yrs. I am on daily medicines and a bland high fiber diet. The medical is totaly inadequate for handeling my medical condition. I was forced to go (7) days without any medicine at all and put on a diet which they can not comply with at J.P.C.C. My doses of meds are incorrect with no diet. I am forced to eat fried foods as well as seasoned foods which is totaly dangerous for my condition. I am now passing blood in my stool with severe cramps and alot of pain. Caused by the wrong meds along with no diet suplement. I am having side effects from to large a dose of sulphursalazine. J.P.C.C. medical reply states I am on a diet and recieving proper meds. This is a total lie as of 8-3-02.

II

I have written several medical forms to no avail. I asked for medical attention late at night and I was told I had to wait until 8:00 med pass which was 6 hours later and my headache was 10 fold by then. I have medicated myself for 11 yrs with minimal problems now its like starting over.

Please assist me in behalf of my medical condition.

Along with this 1983 form I am sending a reply from administration at J.P.C.C. as the answer to my grievance form.

Respectfully Submitted,

Larry Wehlen

LARRY WEHLEN #44730200
N.D #13

## INMATE GRIEVANCE FORM

You must send this form to the Correctional Administrator within 30 days of the incident complained of. Forward the completed form via the Mail Officer. Use a separate form for each grievance. DO NOT file duplicate grievances. You will receive a response within 30 days. If you do not receive a response within that time, you may file a request for Grievance review within the following 5 days.

_Larry White_
Inmate's Name

_____   _PC-17_
Date of Birth   Location

_____
Date of Incident

_7-27-01_
Date Grievance filed

SUMMARY OF COMPLAINT:
_____
_____
_____
_See attached_
_____
_____

STATE YOUR ATTEMPT TO RESOLVE COMPLAINT WITH OFFICER
(Failure to Complete this section will result in denial of Grievance)
_____
_____
_____
_____

Name of Personnel Involved: _____
_____

Name and Location of Witnesses: _____
_____
_____

DO NOT WRITE BELOW THIS LINE:      FOR ADMINISTRATIVE USE ONLY:

Date Received: _7-30-01_
Grievance #: _2-42_
Screened by: _Lp Cont Schultz_
Type: _Medical_
Accepted & Referred to: _Mrs Schultz_
Policy/Procedure Challenged  YES/NO

_____Hold pending decision on Grievance #
_____

Returned:    Obtain Inmate Receipt
_____Multiple complaints: file
         Separate grievances
_____Vague complaint: state facts
_____Summarize complaint
_____Other Specify_____

Rejected:    Obtain inmate receipt
_____Outside scope of procedure
_____Disciplinary appeal
_____Premature
_____Duplicate grievance
_____Other Specify_____
_____Filed more than 30 days after
_____The event

---

### INMATE RECEIPT OF REJECTED/RETURNED GRIEVANCE

Revised grievance must be re-filed within 30 days of the event on which is the basis for this grievance or 5 days of the return of the grievance, whichever is later.

_____            _____
Date                        Inmate Signature

Copy 1 Administration/ Copy 2 Inmate Receipt/ Copy 3 Inmate

740

# GRIEVENCE — FORM

2002 JUL 30  AM 10: 02

I am having SEVERE pROblEms with my UlcERAtiVE Colotis. All my dosES ARE ImpROpER FOR my cuRREnt condition. The pAin And cRAmps Along with diRRER ARE vERRy bAd, bEcausE I went 5 days with Mzds. I Am vERy WEAK. And I noRmally EAt bRAn FlAkEs with 2% milk with EvERy mEAl. I NEEd the FibER with my mEAls, I cannot that MEtAmusil bEcAusE it cAuses A build up In my Colon. I Also ConsumE ENSURE dAily to KEEp my wEight loss At A minimum. I Am (200)lbs, now, my noRmAl wEight Is (235-240) lbs. With out All of the my stomAch will REmAin In Constant pAin And cRAmps. PlEAsE sEnd A wRittEn REply.

RespEctfully,

LARRy WHElEN 44730200

N D 13

RESPONSE TO GRIEVANCE

_August 1, 2002_
DATE                                                    GRIEVANCE NUMBER

TO _Larry Whelen_          LOCATION. _CUD_

FROM: _J. Chaisson_        TITLE/POSITION/RANK

GRIEVANCE: _____ FOUNDED    ✓ UNFOUNDED

REASONS:

Mr. Whelen is currently on a high fiber diet. All medications are administered as ordered per in-house physician. Mr. Whelen's wt loss has been undetected. At time of H&P Mr. Whelen was 203 lbs, however wkly wts will cont to be monitored. Mr. Whelen is pending GI clinic and Medicine clinic at CHN0.

ACTION TAKEN / RECOMMENDED (IF ANY): No other recommendations @ this time per in house physician / CHN0 physician 7/25/02

DISPOSITION OF RECOMMENDATIONS:

DATE _8/1/02_        SIGNATURE _Chaisson_

**INMATE RECEIPT**

IF YOU WISH FURTHER REVIEW OF YOUR GRIEVANCE YOU MUST SIGN THE BELOW REQUEST FOR ADMINISTRATIVE REVIEW AND SEND IT TO THE CORRECTIONAL ADMINISTRATOR WITHIN 5 DAYS OF RECEIPT OF THIS RESPONSE. YOU WILL RECEIVE THE ADMINISTRATOR'S DECISION WITHIN 60 DAYS OF FILING YOUR GRIEVANCE

DATE _____

SIGNATURE _____ INMATE

REQUEST FOR ADMINISTRATIVE REVIEW

I HEREBY REQUEST REVIEW BY THE ADMINISTRATOR OR HIS DESIGNEE.

DATE                                    INMATE SIGNATURE